1  Carlin J. Phillips
   Andrew J. Garcia
2  PHILLIPS & GARCIA, P.C.
3  13 Ventura Drive
   Dartmouth, MA 02747
4  Telephone: 508-998-0800
   Facsimile: 508-998-0919
5

6  Joseph W. Creed (SBN 232129)
   LAW OFFICE OF JOSEPH W. CREED
7  14205 SE36th Street Ste 100
   Bellevue, WA 98006
8  Telephone: 206-569-6442
   Facsimile: 206-299-9886
9  *Attorneys for Plaintiff* Mimi Ash

10

11                  **UNITED STATES DISTRICT COURT**
                    **EASTERN DISTRICT OF CALIFORNIA**
12

13 **MIMI ASH and**                    )  **CASE NO: 2:10-CV-02821-FCD-KJN**
   **ROBERT T. ASH,**                  )
                                       )  **ORDER ON JOINT STIPULATION TO**
14          **PLAINTIFFS,**            )  **SUBMIT MATTER TO COURT'S**
                                       )  **VOLUNTARY DISPUTE RESOLUTION**
15 **vs.**                             )  **PROGRAM**
                                       )
16                                     )
   **BANK OF AMERICA, NA. as Successor in** )
17 **Interest to Countrywide Financial Corp.;** )
   **and DOES 1-20, INCLUSIVE,**       )
18                                     )
           **DEFENDANTS.**             )
19                                     )
                                       )
20

21        Pursuant to the Stipulation of the Parties, it is hereby Ordered as follows:

22        The matter is to be submitted to the VDRP with a dispute resolution to take place prior to

23 the trial, but only *after* the issuance of this Court's Decision and Order on Defendant's Motion

24 for Summary Judgment but at least two weeks prior to trial.

25 Dated this 16th day of January, 2014.

26

27                                    _____
                                      UNITED STATES DISTRICT JUDGE
28

   _____
   ORDER ON JOINT STIPULATION TO SUBMIT MATTER TO COURT'S VDRP
                                      1